Chief Judge Richard S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARAN SINGH DHILLON, <br><br> Defendant. | No. CR09-047 RSM <br><br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive KARAN SINGH DHILLON, defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

//
//

Order of Dismissal -- 1
*United States v. Dhillon,* CR09-047 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrant shall be quashed.

DATED this 2nd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Dhillon,* CR09-047 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970